## MARTIN'S CASE.

*If the creditors do not shew cause, on the day appointed, the insolvent may be discharged without further notice.*

HE was confined for debt, and prayed to be admitted to the benefit of the act for the relief of insolvent debtors. The creditors failed to make any opposition before, or on the day appointed for hearing them. No motion was made for his discharge on that day, and afterwards, the Court, MATHEWS, J. and MARTIN, J. held on the motion of *Cäiles*, for the insolvent, (there being no opposition made by any of the creditors) that he might, and he was accordingly, discharged, on a subsequent day, without a new notice to the creditors.

## TOUSSAINT vs. DELOGNY.

*Evidence of a promise to pay interest shall not be admitted, if no mention made of it in the note.*

ACTION on a promissory note. The instrument was produced and contained no promise to pay any interest.

*Caune*, for the plaintiff, offered to prove by a witness, that the defendant had promised to pay interest at the rate of ten per cent.

*Hennen*, for the defendant. This cannot be done. It would be, to admit parol evidence, beyond what is contained in the note. This the Civil Code forbids as well as to admit it of what has been said before, at the time of making the note, or since. *Civil Code*, 310, *art*. 242.

EVIDENCE REJECTED.